UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

                        Plaintiff,

-against-

ROBERT A. SANCHEZ SANTANA,

                        Defendant.

20-CV-659 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued January 27, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 27, 2020
            New York, New York

                                                COLLEEN McMAHON
                                           Chief United States District Judge